No. 504. UNITED STATES v. MACINTOSH. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Thacher* and *Messrs. Harry S. Ridgely* and *Paul D. Miller* for the United States. *Mr. John W. Davis* for respondent.

No. 505. UNITED STATES v. BLAND. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Thacher* and *Messrs. Harry S. Ridgely* and *Paul D. Miller* for the United States. *Emily Marx* for respondent.

No. 508. HEINER, COLLECTOR OF INTERNAL REVENUE, v. ERIE COAL & COKE CO. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch, Sewall Key, Geo. H. Foster,* and *Norman D. Keller* for petitioner. No appearance for respondent.

No. 519. AMERICAN GLUE CO. v. UNITED STATES. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Harris H. Gilman* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch,* and *Norman D. Keller* for the United States.